IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COOPER FOODS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VENCHIPA, S.L.,<br><br>Defendant. | Case No. 1:23-cv-04341<br><br>Hon. Nancy L. Maldonado |

### DEFENDANT VENCHIPA, S.L.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant Venchipa, S.L. ("Venchipa" or "Defendant"), respectfully files this *agreed* motion for extension of time to answer complaint.

1. On July 6, 2023, Plaintiff Cooper Foods International LLC ("Cooper" or "Plaintiff") filed this lawsuit.

2. On July 7, 2023, Venchipa received the request for waiver of service of process.

3. On July 31, 2023, Venchipa agreed to waive service of process.

4. Venchipa's answer or response to the complaint is currently due no later than October 27, 2023. *See* Dkt. 14.

5. The parties have reached settlement concerning this dispute. Venchipa has signed the settlement agreement and the parties expect that all parties will sign the settlement agreement within the next few days.

6. Given the foregoing, the parties jointly agree to a seven-day extension of all dates, including Venchipa seeking a short extension to file its Answer to Cooper's Complaint.

7. Cooper agrees with this request.

8. Venchipa respectfully requests that the Court grant a short extension to file its Answer, setting the new answer date to Friday, November 8, 2023. A prior request to extend the filing of

Venchipa's Answer was granted by the Court on September 27, 2023, October 16, 2023 and October 30, 2023  *See* Dkts. 12, 14, 16.

| | |
|---|---|
| Dated: November 3, 2023 | DEFENDANT VENCHIPA S.L. |

By: */s/ W. Gordon Dobie*
    W. Gordon Dobie
    Ricardo E. Ugarte
    **WINSTON & STRAWN LLP**
    35 W. Wacker Dr.
    Chicago, Illinois 60601
    Phone: 312-558-5600
    Fax: 312-558-5700
    wdobie@winston.com
    rugarte@winston.com

*Attorneys for Defendant Venchipa, S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I filed the foregoing document using the CM/ECF system and caused it to be served on counsel of record for Plaintiff:

Steven P. Blonder
Laura A. Elkayam
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com
lelkayam@muchlaw.com

By: */s/ W. Gordon Dobie*
W. Gordon Dobie
Ricardo Ugarte
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: 312-558-5600
Fax: 312-558-5700
wdobie@winston.com
rugarte@winston.com

*Attorneys for Defendant Venchipa, S.L.*