IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COOPER FOODS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VENCHIPA, S.L.,<br><br>Defendant. | Case No. 1:23-cv-04341<br><br>Hon. Nancy L. Maldonado |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses all claims against Defendant without prejudice, with leave to reinstate by December 11, 2023, after which the case is deemed, without further order of the Court, to be dismissed with prejudice. There are no remaining claims in this action. Each side is to bear its own costs.

Dated: November 20, 2023

Respectfully submitted,

/s/ *Steven P. Blonder (with consent Nov. 20, 2023)*
Steven P. Blonder
Laura A. Elkayam
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com
lelkayam@muchlaw.com

*Attorneys for Plaintiff Cooper Foods International, LLC*

Dated: November 20, 2023 /s/ *W. Gordon Dobie*
W. Gordon Dobie
Ricardo E. Ugarte
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: 312-558-5600
Fax: 312-558-5700
wdobie@winston.com
rugarte@winston.com

*Attorneys for Defendant Venchipa, S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I filed the foregoing document using the CM/ECF system and caused it to be served on counsel of record for Plaintiff:

Steven P. Blonder
Laura A. Elkayam
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com
lelkayam@muchlaw.com

                By: */s/ W. Gordon Dobie*
                  W. Gordon Dobie
                  Ricardo Ugarte
                  **WINSTON & STRAWN LLP**
                  35 W. Wacker Dr.
                  Chicago, Illinois 60601
                  Phone: 312-558-5600
                  Fax: 312-558-5700
                  wdobie@winston.com
                  rugarte@winston.com

                  *Attorneys for Defendant Venchipa, S.L.*