## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cooper Foods International LLC

                              Plaintiff,

v.                                                             Case No.: 1:23−cv−04341
                                                                Honorable Nancy L. Maldonado

Venchipa, S.L.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to the joint stipulation of dismissal perFederal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed without prejudice with leave to reinstate by December 11, 2023, after which the case is dismissed with prejudice. Each side shall bear its own costs. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.